Judge Thomas Glover
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )
)
GLORIA JEANE HAULING & )
HWY REHAB, INC. ) No. 10-13507
)
) ORDER TO HIRE LARRY B.
Debtor, ) FEINSTEIN AS ATTORNEY FOR DEBTOR
) NUNC PRO TUNC
)
_____)

THIS MATTER came before the Court on the Application to Employ Larry B. Feinstein as Debtor's Counsel (the "Application") filed by Gloria Jeane Hauling & Hwy Rehab, Inc, ("Debtor"), the debtor in this Chapter 11 case, as of the time of the filing of this proceedings. The Court has reviewed the Application, and the accompanying Declaration of Larry B. Feinstein. The Court finds that Larry B. Feinstein is duly authorized to practice before this Court; that Mr. Feinstein does not hold or represent any interest adverse to the estate; that Mr. Feinstein is a disinterested person within the meaning of the United States Bankruptcy Code; that the employment of counsel is necessary to Debtor; and that Mr. Feinstein is well qualified to represent the estate and the debtor.

Now, therefore,

IT IS HEREBY ORDERED that the Debtor's employment of Larry B. Feinstein as counsel for Debtor, under the terms set forth in the Application be and is hereby approved.

DATED this_____ day of May, 2010.

_____
Honorable Thomas Glover
United States Bankruptcy Judge

Presented by:

/s/ Larry B. Feinstein
By: _____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

ORDER TO HIRE LARRY B.
FEINSTEIN AS ATTORNEY FOR DEBTOR
NUNC PRO TUNC-1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355